```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
CLAY LEE JONES,
                                         25-cv-1845 (JGK)
                    Plaintiff,
                                         ORDER
       - against -

JH WALL PAINTS,

                    Defendant.
------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The parties are directed to discuss settlement and provide an update to the Court by **June 7, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

**SO ORDERED.**

**Dated:**    **New York, New York**
              **March 7, 2025**

                                      _____/s/ John G. Koeltl_____
                                                John G. Koeltl
                                      **United States District Judge**